# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**KENNETH D. JEWSON,**
    **Petitioner,**

vs.                                        **CASE NO.:  3:04cv71/MCR/MD**

**JAMES V. CROSBY, JR.,**
    **Respondent.**
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 11, 2005.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

      Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted as modified.[1]

      Accordingly, it is now ORDERED:

      The amended petition for writ of habeas corpus (doc. 4), challenging the conviction and sentence in _State of Florida v. Kenneth D. Jewson_ in the Circuit Court

---

[1] The Court adopts the Magistrate Judge's Report and Recommendation with the following modifications:
    1) On page one of the report and recommendation, Petitioner's sentence is purported to be two consecutive life terms.  Along with his objections to the report and recommendation, Petitioner has attached copies of the sentencing documents from the underlying criminal case.  As to Count 1, capital sexual battery (victim under 12), Petitioner was sentenced to a term of life without parole for 25 years.  As to Count 2, sexual battery upon a child (familial or custodial authority), Petitioner was sentenced to a term of four years.  The Court shall adopt the report and recommendation with this modification to reflect Petitioner's actual sentence.
    2) Due to a scrivener's error, the Court notes that in the fourth sentence of the first paragraph on page 21, HRS investigator Pamela East is inadvertently referred to as "Pamela East West."  The report and recommendation shall be adopted to reflect that the investigator's correct name is Pamela East.

of Santa Rosa County, Florida, case no. 90-861, is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED this 16th day of June, 2005.**

                                                                                               *s/ M. Casey Rodgers*
                                                                                               **M. CASEY RODGERS**
                                                                                               **UNITED STATES DISTRICT JUDGE**